UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| EDOR FINANCIAL GROUP, INC., a California Corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD BECK, an individual; EDOR FILMS, INC., a California Corporation; LIONS GATE FILMS, INC., a California Corporation; and DOES 1-50, inclusive, <br><br> Defendants. <br><br> LIONS GATE FILMS, INC., <br><br> Cross-Complainant, <br><br> vs. <br><br> DONALD BECK, an individual; EDOR FILMS, INC., a California Corporation; and ROES 1-5, inclusive, <br><br> Cross-Defendants. | Case No. CV09-4760 RSWL (Ex) <br> Assigned to: Honorable Ronald S.W. Lew and Discovery Magistrate Judge Charles F. Eick <br><br> [~~PROPOSED~~] PROTECTIVE ORDER <br><br> Action Filed: June 4, 2009 <br> Trial Date: March 29, 2011 |

1

The parties to this action, by and through their respective counsel of record, have stipulated and agreed to the entry of this Protective Order. Based upon the stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The confidential financial and business transactions documents produced by Lions Gate Films, Inc. ("Lions Gate") in response to document production requests from Plaintiff Edor Financial Group, Inc. ("Plaintiff") and marked "CONFIDENTIAL" by Lions Gate pursuant to this Protective Order shall not be used by any of the parties to this litigation or their attorneys for any purposes other than for the purposes of the litigation herein.

2. Any such documents marked "CONFIDENTIAL" by Lions Gate are to be disclosed only to the parties to this litigation, their attorneys, and the attorneys' staff and experts retained by the attorneys who agree to be bound by this Order. No disclosure of CONFIDENTIAL material shall be made to any other non-party witness except in deposition after the witness has been provided and copy of this Protective Order and has acknowledged that he/she has read it and will comply with it. In the event that any of the produced documents are used as an exhibit in any deposition that portion of the deposition testimony shall also be marked CONFIDENTIAL and shall be treated herein the same as any document marked CONFIDENTIAL.

3. In the event any of the CONFIDENTIAL documents are used in connection with any motions, such documents shall be submitted with an application or stipulation that they may be filed under seal. To the extent any such documents may be used at trial, the parties will meet and confer on a process for the handling of such evidence at trial and present their proposal to the Court for consideration.

4. The parties may seek a further court order modifying this order or seeking other appropriate relief in connection with the use of any documents

1  designated as CONFIDENTIAL or for any violations of this Protective Order.

2      5.    The documents produced by Lions Gate shall either be destroyed or returned to Lions Gate at the conclusion of this matter, i.e., after any and all appeals, subject to directive of the court, except as is necessary for the attorneys only to maintain files pursuant to the California Code of Professional Responsibility.

**IT IS SO ORDERED.**

Dated: 5/25/10

By: _____
Magistrate Judge Charles F. Eick